United States Bankruptcy Court
District of Colorado

In re:   Case No. 14-11107-HRT
Irene Cecelia Moden   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 1082-1        User: helmersl         Page 1 of 1              Date Rcvd: Feb 20, 2014
                            Form ID: pdf904        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2014.
db             +Irene Cecelia Moden,    1249 Racine St.,    Aurora, CO 80011-6327

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2014                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 20, 2014 at the address(es) listed below:
              Dennis W. King    kingdj7@aol.com,  dking@ecf.epiqsystems.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy Case No. |
| Irene Moden | ) | 14-11107 HRT |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

**ORDER GRANTING EXTENSION OF TIME**

THIS MATTER comes before the Court on the Debtor's Motion for Extension of Time filed February 18, 2014. Being advised,

**IT IS HEREBY ORDERED** that the Debtor's request for an extension of time is **GRANTED**. The Debtor shall file all required documents by **March 10, 2014, failing which this case may be dismissed without further notice or hearing.**

Dated this  20th   day of February, 2014.

**BY THE COURT:**

*Howard Tallman*
Howard R. Tallman, Chief Judge
United States Bankruptcy Court