Irene Cecelia Moden
c/o Twelve Forty Nine Racine St.
Aurora, Colorado [80011]
303/364-8210
imoden1959@aol.com

In Pro Per

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| In Re:<br><br>**IRENE CECELIA MODEN**<br><br>Debtor. | Case No.: 14-11107-HRT<br><br>**DEBTOR'S OBJECTION TO CLAIMS OF GREEN TREE SERVICING, LLC.**<br><br>Judge: HOWARD TALLMAN<br>Date: May 20, 2014<br>Time: 1:30PM<br>Dept: Courtroom B |

### DEBTOR'S OBJECTION TO CLAIMS OF GREEN TREE SERVICING, LLC.

COMES NOW, **IRENE CECELIA MODEN**, Debtor, filing this Objection to Creditor GREEN TREE SERVICING, LLC.'S **RELIEF FROM STAY** as filed by the alleged Creditor on APRIL 22, 2014, and states the following:

A security interest in the property of the DEBTOR is claimed, however, the Relief From Stay is not accompanied by evidence that the CREDITOR has authority to bring the claim, standing or even that the security interest has been perfected as required under F.R.B.P. Rule 3001 (d) and is facially defective and does not constitute *prima facie* validity of the claim.

The relief from stay does not set forth the CREDITOR'S claim with proper specificity, pursuant to F.R.B.P. Rule 3001 (a) & (c).

WHEREFORE, the DEBTOR objects to RELIEF FROM STAY as filed by the CREDITOR and respectfully requests this Court enter an Order requiring the Claimant to file an

OBJECTION TO CLAIM - 1

amended claim to correct the defect within thirty (30) days, and if not corrected, upon expiration of that time, the claim is disallowed in its entirety.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 12, 2014 *[signature]*
Irene Cecelia Moden, Pro Per