Irene Moden
1249 Racine St.
Aurora, Colorado 80011

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| **IRENE MODEN**<br><br>**Debtor** | Case No.: 14-11107- HRT<br><br>NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE THE REMAINDER OF THE REQUIRED DOCUMENTS B22C FORM AND CHAPTER 13 PLAN; AUTHORITIES; DECLARATION(S) OF IRENE MODEN IN SUPPORT THEREOF. |

## MOTION FOR EXTENSION

By this Motion, Irene Moden, seeks a "20-day" Extension of Time, specified in FRBP 1007 for filing the remainder of the required documents B22C Form and Chapter 13 Plan in the Debtor's Bankruptcy Case.

The grounds for this Motion are as follows:

1.) On February 3, 3014, a Petition for relief under Chapter 7 of the United States Bankruptcy Code was filed by the Debtor.

2.) On May 16, 2014, Debtor's Chapter 7 was converted to a Chapter 13 and granted by the Court. Additional documents were requested; B22C Form and a Chapter 13 Plan.

**CERTIFICATE OF MAILING**

This is to certify that I, ___Roxie Moden___, mailed a copy of the Motion for Extension to the below mentioned parties.

Mailed off on ___May 28, 2014___, via United States Postal Service to the following:

ATTN: Silverman & Borenstein
13111 E. Briarwood Avenue
Suite #340
Centennial, Colorado 80112


Aronowitz & Mechlenberg
Attn: Bankruptcy Correspondence
1199 Bannock Street
Denver, Colorado 80204


Mr. Douglas B. Kiel – Trustee
4725 So. Monaco St.
Suite #120
Denver, Colorado 80237