**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re: )
 )  Bankruptcy Case No.
IRENE CECELIA MODEN ) 14-11107 HRT
Debtor(s). ) Chapter 13
 ) *Converted From Chapter 7*
 )
Last four digits of SS#:    8924 )

**ORDER TO FILE AND ORDER SETTING HEARING**

THIS MATTER come before the Court on Debtor's Amended Chapter 13 Plan (docket #84) filed with the Court on August 29, 2014. The Court, being advised in the premises

ORDERS that:

1. Confirmation of Debtor's prior chapter 13 plans (docket #60 and #75) are DENIED.

2. **A non-evidentiary hearing on confirmation will be held Thursday, October 23, 2014, at 10:00 a.m. in Courtroom B**.

3. The Debtor shall file a notice, and shall serve such notice, along with a copy of the Amended Chapter 13 Plan on the Standing Chapter 13 Trustee and all creditors and interested parties **on or before September 19, 2014**. Such notice shall be in substantial conformity with L.B.F. 3015-1.8. The deadline for objections shall be **October 10, 2014**.

4. If objections are filed to the amended plan, Debtor shall file a Certificate and Motion to Determine Notice by **October 17, 2014**. If no objections are filed to the Amended Plan, Debtor shall file a Verification of Confirmable Plan.

5. In the event Debtor fails to timely file the subject documents as ordered herein confirmation of the plan may be DENIED and the case may be dismissed without further notice or hearing.

DATED this 8th day of September, 2014.

BY THE COURT:

_____
Howard R. Tallman, Judge
United States Bankruptcy Court