Irene Cecelia: MODEN, *in propria persona, Sui Juris*
c/o Twelve Forty-Nine Racine Street,
Aurora, Colorado [80011]
imoden21959@aol.com
A Living Soul

For Debtor(s),

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In Re:

  IRENE MODEN

  *Pro se* Debtor(s) *sui juris*

) Case No.: 14-11107-HRT
) Judge: Judge Howard Tallman
) Date:
) Time:
) Place:

**DEBTORS REPLY TO GREEN TREE'S CLAIM AND TO CHAPTER 13 PLAN**

## DEBTORS REPLY TO GREEN TREE'S CLAIM AND TO CHAPTER 13 PLAN

COMES NOW, IRENE MODEN, and files this reply to Green Tree's Claim and Objection to the Amended Chapter 13 plan, on October 16, 2014 and in doing so, responds to the Green Tree's Claim and Objection dated September 29, 2014.

The amended plan does not provide for a secured claim for Green Tree Servicing, LLC., because Green Tree Servicing LLC's claim is not secured.

Debtor will amend the plan for the proper start date, but will not amend the plan to provide for an alleged secured claim of Green Tree Servicing until the Court makes a decision on Debtor's Objection to Green Tree's claim.

The plan cannot be amended to provide for an <u>alleged</u> secured claim until the creditor can prove standing and proper timely executed documentation according to law that shows a perfected lien, of which at this time, Green Tree Servicing cannot and has not done so.

Debtor asks the court to overlook Green Tree's Claim and Objection to the Amended Chapter 13 Plan until after the Court makes a determination in the Debtor's Objection to Green Tree Servicing, LLC's claim, #4-1.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 16, 2014     /s/ *Irene Cecelia Moden*
                              Irene Cecelia Moden, *in propria persona, Sui Juris*
                              Authorized representative, without prejudice

DEBTORS REPLY TO GREEN TREE'S CLAIM & OBJECTION

Irene Moden
1249 Racine St.
Aurora, Colorado 80011

FILED
KENNETH S. GARDNER
2014 OCT 16 PM 3: 44
U.S. BANKRUPTCY COURT
DISTRICT OF COLORADO

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re:  **IRENE MODEN**               )  Case No.: No. 14-11107-HRT
                                      )
                                      )  Hearing Date:
                                      )
Debtor.                               )  Judge:
                                      )
                                      )  Chapter: 13
_____       )
                                         **CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 16, 2014, I served in person, by prepaid first class mail and/or emailed a copy of the DEBTORS REPLY to GREEN TREE'S CLAIM and CERTIFICATE OF SERVICE on all parties against whom relief is sought and those otherwise entitled to service pursuant to the FED. R. BANKR. P. and these L.B.R. at the following addresses:

✓ Green Tree Servicing, LLC.
ATTN: Douglas Koktavy
13111 E. Briarwood Avenue
Suite #340
Centennial, Colorado 80112

✓ Aronowitz & Mecklenburg, LLP
Attn: Bankruptcy Correspondence
1199 Bannock Street
Denver, Colorado 80204

CERTIFICATE OF SERVICE - 1

✓ Douglas B. Kiel – Chapter 13 Trustee
4725 So. Monaco St., Suite #120
Denver, Colorado 80237

✓ US Bankruptcy Court – District of Colorado
721 19th St.
Denver, Colorado 80202

By: _____
Janet Link   JANET M LINK

Dated: 10/16/2014

CERTIFICATE OF SERVICE - 2