UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

*Minutes of Proceeding*

| | |
|---|---|
| Date:   October 23, 2014 | HONORABLE HOWARD TALLMAN, Presiding |

| In re: | Irene Cecelia Moden | | Debtor(s) | Case No: 14-11107-HRT |
|---|---|---|---|---|
| | | | | Chapter 13 |

Appearances:

| Debtor(s) | Irene Moden, present | Counsel | |
|---|---|---|---|
| Trustee | Douglas Kiel, by | Counsel | Will Evans |
| Creditor | Green Tree Servicing, by | Counsel | Douglas Koktavy |

Proceedings:   [XXX] **Evidentiary Hearing**   [ ] **Non-evidentiary Hearing**

Hearing on plan confirmation and any objections.

[X]   The Court took appearances and heard statements of the parties present. The Court made remarks to the parties regarding the status of plan confirmation.

Orders:

[X]   For the reasons stated on the record, this matter is continued to **Thursday, November 20, 2014, at 10:30 a.m. in Courtroom B**.

Date:   October 23, 2014

FOR THE COURT:
*Kenneth S. Gardner, Clerk of the Bankruptcy Court*

/s/ Margaret Muff
By: _____
Margaret Muff, Courtroom Deputy